Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

**VA 2-456-068**

**Effective Date of Registration:**
July 28, 2025
**Registration Decision Date:**
August 05, 2025

## Title

    **Title of Work:** Barred Rock Hen

## Completion/Publication

    **Year of Completion:** 2010
    **Date of 1st Publication:** February 01, 2011
    **Nation of 1st Publication:** United States

## Author

    • **Author:** Carolyn Betty-Loes Guske
    **Author Created:** 2-D artwork
    **Citizen of:** United States

## Copyright Claimant

    **Copyright Claimant:** Carolyn Betty-Loes Guske
    3327 Old Olympic Hwy, Port Angeles, WA, 98362, United States

## Rights and Permissions

    **Name:** Carolyn Betty-Loes Guske
    **Email:** carolynguske@gmail.com
    **Address:** 3327 Old Olympic Hwy
    Port Angeles, WA 98362 United States

## Certification

    **Name:** David Denholm
    **Date:** July 28, 2025
    **Applicant's Tracking Number:** CG2025072801

