**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

CAROLYN BETTY-LOES GUSKE,

    Plaintiff,                                          Case No.: 1:26-cv-01715

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

**SCHEDULE A TO COMPLAINT**

| No. | Defendants |
|---|---|
| 1 | GuangZhouYiWuShangMao |
| 2 | zhanghhshi |
| 3 | 金华市欧狮电子商务商行 |
| 4 | HeNanJiuQuanLeShangMao |
| 5 | zhujishishangxueqizhenzhi |
| 6 | linquanwanchangwangluokeji |
| 7 | xiangyuanxianyangmeishangmaoyouxiangongsi |
| 8 | jinanqiluxurijiankangguanliyouxiangongsi |
| 9 | Wmm shop |
| 10 | 义乌市腾劢商贸有限公司 |
| 11 | hefeishulanyuanlinyouxiangontgsi |
| 12 | snowsun-US |
| 13 | Jin Heng Shang Mao |
| 14 | zhshiun |
| 15 | jinlljh |
| 16 | huaianshihuaianqurunpingnongmaoshichangjingyingbugerenduzi |
| 17 | li1991xue |
| 18 | ZHANGJUNKANGMAIYIFU |
| 19 | zhongqingenhukejiyouxiangongsi |
| 20 | 淮音商贸行 |
| 21 | yfyh |
| 22 | xmains |
| 23 | DaFengXinXingJianCai |

1

| | |
|---|---|
| 24 | 贫铭商贸 |
| 25 | wngob |
| 26 | FoShanShiTangWeiMengMaoYiYouXianGongSi |
| 27 | WangBin75 |
| 28 | LanLiXiaHongTing |
| 29 | liush |
| 30 | FIYY |
| 31 | tryua |
| 32 | HuiChengChongShangMaoFuZhuangDian |
| 33 | wenxixianqinshiyangzhizhuanyehezuoshe |
| 34 | 金华市淑徽服饰有限公司 |
| 35 | XiongAnYouZhengShangMao |
| 36 | bwenz |
| 37 | LLIANHH |
| 38 | DingYuTing |
| 39 | uwya |
| 40 | 室外顶线科技 |
| 41 | ShanXiShengJieTuoZhuangShi |
| 42 | 莱莉电子配件 |
| 43 | XingQuGe |
| 44 | shggen |
| 45 | zhoukoujinyingshangmaoyouxiangongsi |
| 46 | ddefs |
| 47 | QuJingXuLiaoShangMao |
| 48 | ChenHongZhuangShiGongCheng |
| 49 | chengjiangchengyushangmaoyouxiangongsi |
| 50 | qinglinshangmaoshanghang |
| 51 | guangzhoutuanpeidianzishangwushanghanggerenduzi |
| 52 | DongGuanShiMoBiaoFuZhuangYouXianGongSi |
| 53 | YYSGG |
| 54 | zhuzhouhuixiashangmaoyouxiangongsi |
| 55 | ddaz、 |
| 56 | iChen2025 |
| 57 | LONAZ |
| 58 | 户外辉手电品 |
| 59 | Putianshidipeimaoyiyouxiangongsi |
| 60 | ywyxgs |
| 61 | fuxinmengguzuzizhixianchunquannongzi |
| 62 | yyyiubv |

| | |
|---|---|
| 63 | DaoMingJianShenFuWu |
| 64 | LinYiYuKunQiYeGuanLiXinXiZiXunYouXianGongSi |
| 65 | ShiChiSiWenSanaoYuXiaGongSi |
| 66 | yongchengshishenghuijianzhu |
| 67 | weihuishimihuachongwushipin |
| 68 | suzhoushifuyuecaifangzhi |
| 69 | baoooll |
| 70 | HuaiNanQuanDeShangMaoYouXianGongSi |
| 71 | GUOZH |
| 72 | Ze66758EKLD |
| 73 | 瀚立门帽挂件 |
| 74 | YaoAnGuanDongXiaShangMaoYouXianGongSi |
| 75 | Warlesms |
| 76 | Linyi Bangman Trading Co., Ltd |
| 77 | zzhfias |
| 78 | yongxhdh |
| 79 | 衡阳丰忧商贸有限公司 |
| 80 | QuJingJunQiuShangMao |
| 81 | ChangShaJuBaiYeMaoYiYouXianGongSi |
| 82 | LiQiXia55 |
| 83 | YangXianCangSiShangM |
| 84 | songzejiajujiangsuyouxian |
| 85 | changshajiakekejiyouxiangongsi |
| 86 | yaminn |
| 87 | dongguanshishengyuexiecai |
| 88 | tangyinxianboliyezhuangshizhuangxiu |
| 89 | 衡阳茜勿商贸有限公司 |
| 90 | huichangxianxijiangzhenjunhongfuzhuang |
| 91 | Tgljz35025N |
| 92 | quhongrubaihuoshanghang |
| 93 | nanyangxingxinwenhuachuanmei |
| 94 | ZhuZhouHuJuShangMaoYouXianGongSi |
| 95 | 勇赣贸易 |
| 96 | lasin |
| 97 | LouDiShiPoRanKuoMaoYiYouXianGongSi |
| 98 | owle dinner |
| 99 | zjinxs |
| 100 | zhaoyy |
| 101 | Xueqianzhang |
| 102 | ElegantArtistryHome |

3

| 103 | SevenS Decor |
|---|---|
| 104 | uweche |
| 105 | guangzhoufanmingfuzhuangyouxiangongsi |
| 106 | Sutianming Shop |
| 107 | SuLianShangMao126 |
| 108 | HuHeHaoTeShiQianMiaoYingShangMaoYouXianZeRenGongS |
| 109 | XianNaChuanMuC |
| 110 | huairenshishanquyangzhinongchang |
| 111 | limnnn |
| 112 | GuangZhouYueRanDianShangYouXianGongSi |
| 113 | heyuanzhangmaifuzhuang |
| 114 | 车贤饰内店 |
| 115 | LianGuangWuZiXiaoShou |
| 116 | chenyys |
| 117 | 小原子精品 |
| 118 | XingWangMiaoMu |
| 119 | saunx |
| 120 | jinxiongss |
| 121 | Tie Fa Shi Ye |
| 122 | HeFeiLeiXiangShangMaoYouXianGongSi |
| 123 | jiannmn |
| 124 | shenzhenshidepuhuikejiyou |
| 125 | ChenMei46 |
| 126 | ChiZhouYuHongJianZhu |
| 127 | jiangyinshixingrongjixieguanjian |
| 128 | xinzhengshihongdajiankangguanlifuwu |
| 129 | LiAn GZiHao |
| 130 | KLHSOF |
| 131 | jinanjunyitongxinwenhuachuanmeiyouxiangongsi |
| 132 | YunNanZiBin |
| 133 | LiBenHong74 |
| 134 | dongguanshijinhonggongyipin |
| 135 | YangZiXuan2025 |
| 136 | GJXFTPTTBD |
| 137 | ALSOEJOM-USA |
| 138 | 宠玩朱配 |
| 139 | baofengxiantengdazhuangshigongcheng |
| 140 | wanjishipinzhengzhouyouxian |
| 141 | 乐玩童品铺 |
| 142 | fuxiangfuzhaung |

| 143 | HengYangXianZhaoWanShangMaoYouXianGong |
|-----|----------------------------------------|
| 144 | deyangzhiguangshanxi |
| 145 | ZhongQuanFeng |
| 146 | QingTieYu |
| 147 | aigjinu |
| 148 | longlinkejifuwu |
| 149 | ZHOUQIANMAIYIFU |
| 150 | INEEDOO |
| 151 | naghus |
| 152 | 济南华春茂服装商贸有限公司 |
| 153 | yongjunfushi |
| 154 | AnZhenJianZhuGongCheng |
| 155 | zhoukouguixinshangmaoyouxiangongsi |
| 156 | DecorSigns |
| 157 | rongjietigen |
| 158 | ykcuh |
| 159 | hongfajiadian |
| 160 | WangHu2025 |
| 161 | zhongshanshiyingxindadengshiy |
| 162 | 室厨垫品 |
| 163 | difeijiashengtaihuanjingkeji |
| 164 | lisheng lu |
| 165 | hefeiwuxuekeji |
| 166 | Cao Home Decoration Store |
| 167 | Ulloord |
| 168 | ganhedong pillow cover |
| 169 | tianyong |
| 170 | xiulian |
| 171 | xinshuntongshangmao |
| 172 | MUCHENGGIFT Gifts LTD |
| 173 | Xie Tinghong |
| 174 | GoodlW |
| 175 | WoZjj |
| 176 | DAYUYU ART |
| 177 | MadeNook |
| 178 | Hkm Shop |
| 179 | PTYXZY Art |
| 180 | HJxin |
| 181 | GiftStitcher |
| 182 | WXFSD |
| 183 | Mijia mall |

| | |
|---|---|
| 184 | Zhongmin Trade |
| 185 | shoes CC |
| 186 | The harbor of Home |
| 187 | Patchly |
| 188 | Minimal Style |
| 189 | HandyCraft |
| 190 | MP APT |
| 191 | HAPPYHOME III |
| 192 | Real Artist |
| 193 | fqweaxz |
| 194 | KaloKalo |
| 195 | BAOS SIGN |
| 196 | CQY HAD |
| 197 | Hemitong |
| 198 | IronPcArt |
| 199 | AiMetalFuc |
| 200 | SIGN GL |
| 201 | Tian Mall |
| 202 | YujianwengShop |
| 203 | NY top shop |
| 204 | CozyCornz |
| 205 | Bargainest |
| 206 | SFDES TWO |
| 207 | Dawnedit |
| 208 | JIULI SHAGNDIAN UU |
| 209 | FlipFluff |
| 210 | StyleOasis |
| 211 | Forged Frames two |
| 212 | FUKKLPO |
| 213 | Yineng Painting Shop |
| 214 | Canvas Nook |
| 215 | IND WALL DECOR |
| 216 | Camino Iron Painting |
| 217 | FZKJ SHOP |
| 218 | JEGE HOME ART |
| 219 | Tinfoil painting |