**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

CAROLYN BETTY-LOES GUSKE,

      Plaintiff,

v.

TINFOIL PAINTING,

      Defendant.

Case No.: 1:26-cv-01715

Judge Lindsay C. Jenkins

Magistrate Judge Laura K. McNally

## <u>AMENDED SCHEDULE A TO AMENDED COMPLAINT</u>

| No. | Defendant |
|-----|-----------|
| 1 | Tinfoil painting |